UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT HENDRIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:19-CV-00072-JCH |
| | ) |
| LIBERTY MUTUAL INSURANCE | ) |
| COMPANY, A Foreign Corporation, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM TO CLERK

Comes now Plaintiff, by and through his counsel of record, and hereby informs the Court that the parties have reached a settlement agreement in this matter without the need for Alternative Dispute Resolution.

The paperwork is being concluded and we anticipate this matter will be dismissed with prejudice within the next 30 days.

Respectfully submitted,

PADBERG, CORRIGAN & APPELBAUM
A Professional Corporation
Attorneys for Plaintiff

*/s/Theresa A. Appelbaum*
Matthew J. Padberg, #31431MO
Theresa A. Appelbaum, #45706MO
1926 Chouteau Avenue
St. Louis, MO  63103
314.621.2900
314.621.7607 (facsimile)
mjp@padberglaw.com
taa@padberglaw.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the above and foregoing document was served via the Court's CM/ECF filing system this 1st day of August, 2019 upon all counsel of record.

                                      */s/Theresa A. Appelbaum*